# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV07-05398-PSG(SSx) | Date: | June 20, 2008 |
|---|---|---|---|
| Title: | Deborah Lewis-Buggs v. Metropolitan Life Insurance Company et al | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers):   **Order to Show Cause re Notice of Settlement**

The Court is in receipt of Plaintiff/Defendant's Notice of Settlement electronically filed May 5, 2008. However, to this date, no dismissal paperwork has been submitted. Accordingly, the Court hereby orders Plaintiff/Defendant to show cause in writing on or before **July 11, 2008** why this action should not be dismissed for lack of prosecution.

The Court will consider the lodging of a stipulation and proposed order re dismissal on or before the above date, as an appropriate response to this Order to Show Cause.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause on or before the above date, may result in the dismissal of the entire action.

Counsel are reminded that courtesy copies of all electronically filed documents must be delivered directly to Chambers the following business day before Noon. Further, courtesy copies must include the E-Filed Notice and/or E-Filed Header.

|  | : |  |
|---|---|---|
| Initials of Preparer | | wkh |